# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2019

*By ECF*

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application granted.  Conference adjourned to September 27, 2019 at 11:00 a.m.

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

August 5, 2019

Re:   *United States v. Albert Brooker*, 14 Cr. 441 (WHP)

Dear Judge Pauley:

I write on consent (Assistant United States Attorney Won Shin and U.S. Probation Officer George Olivares) to respectfully request that the Court adjourn the conference in this VOSR matter, which is currently scheduled for August 7, 2019, at 3:00 p.m. The purpose of the adjournment is to allow Mr. Brooker to resolve the state charges, which are the same as the specifications set forth in the violation report. The next state court date is September 25, 2019. Mr. Brooker is in compliance with all the conditions of release.

Respectfully submitted,

/s/
Martin S. Cohen
Ass't Federal Defender
(212) 417-8737

Cc:   Won S. Shin, Esq., by ECF
George Olivares, US Probation Officer, by e-mail